UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
| DEC 01 2015 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SIERRA CLUB; NATURAL
RESOURCES DEFENSE COUNCIL,

       Plaintiffs - Appellees,

 v.

STATE OF NORTH DAKOTA; et al.,

       Intervenor-Plaintiffs -
Appellants,

  v.

REGINA MCCARTHY, in her official
capacity as Administrator of the United
States Environmental Protection
Agency,

       Defendant - Appellee.

No. 15-15894

D.C. No. 3:13-cv-03953-SI
U.S. District Court for Northern
California, San Francisco

**ORDER**

The reply brief submitted on November 30, 2015 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the

brief in paper format, with a gray cover, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk